**John D. North: 016261977**
jnorth@greenbaumlaw.com
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
99 Wood Avenue South
Iselin, NJ  08830-2712
(732) 549-5600
Attorneys for Defendants State of New Jersey,
Department of the Treasury, Division of Investment by
Treasurer Elizabeth Maher Muoio, Jason MacDonald,
Christopher McDonough, Corey Amon, and Dini Ajmani

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF INVESTMENT by TREASURER ELIZABETH MAHER MUOIO, BLACKROCK, INC., BLACKROCK ALTERNATIVE ADVISORS, CLIFFWATER, LLC, TIMOTHY WALSH, SAMANTHA ROSENSTOCK, JASON MACDONALD, CHRISTOPHER MCDONOUGH, COREY AMON and DINI AJMANI, in their individual and professional capacities,<br><br>               Defendants. | Civil Action No.: 2:20-cv-07663-KM-ESK<br><br>**CONSENT ORDER** |

       **THIS MATTER**, having been opened to the Court by the attorneys for all of the parties, for the purpose of establishing common dates for responses to the Complaint and for any Motions that may be filed pursuant to F.R.Civ.P. 12, and for good cause shown,

6446422.1

**IT IS** on this  8th  day of September 2020, **ORDERED**, that:

1. On or before September 28, 2020, all Defendants shall answer or otherwise move with respect to the Complaint;

2. On or before November 12, 2020, Plaintiff shall submit its Brief in Opposition to any Motions filed by Defendants under F.R.Civ.P. 12;

3. On or before December 3, 2020, all Defendants who have filed motions under F.R.Civ.P. 12 shall submit Reply Briefs; and

4. Consents to this Order may be affixed by attorneys for the parties electronically, on counterpart copies, each of which will be deemed to bear an original signature.

_____
HON. EDWARD S. KIEL, U.S.M.J.

I hereby consent to the form and entry
of the above Order:

| | |
|---|---|
| WIGDOR, LLP<br>*Attorneys for Plaintiff*<br><br>By:_____<br><br>Dated: __September 3_____, 2020 | GREENBAUM, ROWE, SMITH &<br>DAVIS LLP<br>*Attorneys for Defendants State of New Jersey, Department of the Treasury, Division of Investment by Treasurer Elizabeth Maher Muoio, Jason MacDonald, Christopher McDonough, Corey Amon, and Dini Ajmani*<br><br>By: _____<br>     John D. North, Esq.<br><br>Dated: _____, 2020 |

**IT IS** on this \_\_\_\_ day of September 2020, **ORDERED**, that:

1. On or before September 28, 2020, all Defendants shall answer or otherwise move with respect to the Complaint;

2. On or before November 12, 2020, Plaintiff shall submit its Brief in Opposition to any Motions filed by Defendants under F.R.Civ.P. 12;

3. On or before December 3, 2020, all Defendants who have filed motions under F.R.Civ.P. 12 shall submit Reply Briefs; and

4. Consents to this Order may be affixed by attorneys for the parties electronically, on counterpart copies, each of which will be deemed to bear an original signature.

_____
HON. EDWARD S. KIEL, U.S.M.J.

I hereby consent to the form and entry of the above Order:

| WIGDOR, LLP<br>*Attorneys for Plaintiff* | GREENBAUM, ROWE, SMITH & DAVIS LLP<br>*Attorneys for Defendants State of New Jersey, Department of the Treasury, Division of Investment by Treasurer Elizabeth Maher Muoio, Jason MacDonald, Christopher McDonough, Corey Amon, and Dini Ajmani* |
|---|---|
| By:_____<br><br>Dated: _____, 2020 | By: /s/_____<br>     John D. North, Esq.<br><br>Dated: \_\_September 4\_\_, 2020 |

6446422.1

ROBINSON MILLER LLC
-and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
*Attorneys for Defendants BlackRock, Inc. and BlackRock Alternative Advisors*

By: /s/ Justin Quinn

Dated: September 2, 2020


JEFFER, MANGELS, BUTLER & MITCHELL LLP
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated:_____, 2020


CHIESA SHAHINIAN GIANTOMASI
*Attorneys for Defendant Samantha Rosenstock*

By:_____

Dated:_____, 2020


ARCHER & GREINER P.C.
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated:_____, 2020


GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Defendant Timothy Walsh*

By:_____

Dated:_____, 2020

6446422.1

| | |
|---|---|
| ROBINSON MILLER LLC<br>-and-<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>*Attorneys for Defendants BlackRock, Inc. and BlackRock Alternative Advisors*<br><br>By:_____<br><br>Dated: _____, 2020 | JEFFER, MANGELS, BUTLER & MITCHELL LLP<br>*Attorneys for Defendant Cliffwater, LLC*<br><br>By:_____<br><br>Dated: _____, 2020 |
| CHIESA SHAHINIAN GIANTOMASI<br>*Attorneys for Defendant Samantha Rosenstock*<br><br>By: */s/ Katherine Romano*<br><br>Dated: **September 4**, 2020 | ARCHER & GREINER P.C.<br>*Attorneys for Defendant Cliffwater, LLC*<br><br>By:_____<br><br>Dated: _____, 2020 |
| GIBSON, DUNN & CRUTCHER LLP<br>*Attorneys for Defendant Timothy Walsh*<br><br>By:_____<br><br>Dated:_____, 2020 | |

6446422.1

ROBINSON MILLER LLC
-and-
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
*Attorneys for Defendants BlackRock, Inc. and BlackRock Alternative Advisors*

By:_____

Dated: _____, 2020

JEFFER, MANGELS, BUTLER & MITCHELL LLP
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated: \_\_\_\_September 1\_\_\_\_, 2020

CHIESA SHAHINIAN GIANTOMASI
*Attorneys for Defendant Samantha Rosenstock*

By:_____

Dated: _____, 2020

ARCHER & GREINER P.C.
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated: Ugr vgo dgt"3, 2020

GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Defendant Timothy Walsh*

By:_____

Dated:_____, 2020

6446422.1

ROBINSON MILLER LLC
-and-
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
*Attorneys for Defendants BlackRock, Inc. and BlackRock Alternative Advisors*

By:_____

Dated: _____, 2020

JEFFER, MANGELS, BUTLER &
MITCHELL LLP
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated: _____, 2020

CHIESA SHAHINIAN GIANTOMASI
*Attorneys for Defendant Samantha Rosenstock*

By:_____

Dated: _____, 2020

ARCHER & GREINER P.C.
*Attorneys for Defendant Cliffwater, LLC*

By:_____

Dated: _____, 2020

GIBSON, DUNN & CRUTCHER LLP
*Attorneys for Defendant Timothy Walsh*

By: *[signature]*

Dated: Sept. 1, 2020

6446422.1