Lauren Tabaksblat
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone:  212.209.4800
Facsimile: 212.938.2852
Email:  ltabaksblat@brownrudnick.com
Attorneys for Plaintiff
Blueprint Capital Advisors, LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 2:20-cv-07663 ) |
| vs. | ) **BLUEPRINT CAPITAL ADVISORS,** ) **LLC'S UNOPPOSED APPLICATION** |
| STATE OF NEW JERSEY, et al., | ) **FOR AN EXTENSION OF TIME** ) **PURSUANT TO LOCAL RULE 6.1** |
| Defendants. | ) ) ) |

Application is hereby made to extend the time for Plaintiff Blueprint Capital Advisors, LLC ("Plaintiff") to file an Amended Complaint in this action, and it is represented that:

1. Pursuant to the Court's October 6, 2020 Order, the deadline for Plaintiff to file an Amended Complaint in this matter is November 9, 2020 (ECF No. 66).

2. Plaintiff hereby seeks a brief adjournment of the November 9, 2020 deadline until Friday, November 13, 2020.

3. No previous motion has been filed to obtain an extension of time by Blueprint;

4. Plaintiff has consulted with counsel for each of the defendants in this action and defendants have all consented to Plaintiff's requested adjournment.

5. Accordingly, pursuant to Local Rule 6.1, Plaintiff respectfully requests that its

==Unopposed Motion be granted and that its deadline to file an Amended Complaint be extended through November 13, 2020.==

Dated: November 5, 2020

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ Lauren Tabaksblat
Michael J. Bowe
(admitted *pro hac vice*)
Lauren Tabaksblat
(Bar No. 03732208)

7 Times Square
New York, New York 10036
Telephone: 212.209-4800
Facsimile:  212 209-4801
mbowe@brownrudnick.com
ltabaksblat@brownrudnick.com

*Counsel for Plaintiff*

The highlighted application above (ECF No. 72) is GRANTED. The deadline to file an amended complaint is extended to November 13, 2020.

ORDER DATED: November 6, 2020.

_____
**Edward S. Kiel**
**United States Magistrate Judge**