Jeffrey S. Chiesa
Ronald L. Israel
Katherine M. Romano
Craig M. Wagenblast
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
973-325-1500
*Attorneys for Defendant*
*Samantha Rosenstock*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| BLUEPRINT CAPITAL ADVISORS, LLC, Plaintiff, vs. PHILIP MURPHY, et al., Defendants. | Case No. 2:20-cv-07663-KM-ESK <br><br> ORAL ARGUMENT REQUESTED <br><br> **NOTICE OF MOTION TO DISMISS** |
|---|---|

**PLEASE TAKE NOTICE** that Defendant Samantha Rosenstock, by and through her undersigned counsel, shall move before the Honorable Kevin McNulty, U.S.D.J., at a date and time to be determined by the Court, at the Martin Luther King Jr. Building and U.S. Courthouse, 50 Walnut Street, Newark New Jersey, for the entry of an order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendant Rosenstock shall rely upon the accompanying Memorandum of Law in Support of Her Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant Rosenstock hereby requests oral argument.

By: /s/ Ronald L. Israel
Ronald L. Israel
risrael@csglaw.com
Jeffrey S. Chiesa
Katherine M. Romano
Craig M. Wagenblast
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
*Attorneys for Samantha Rosenstock*

Dated: February 15, 2021