**Weil, Gotshal & Manges LLP**

2001 M Street NW, Suite 600
Washington, DC 20036
+1 202 682 7000 tel
+1 202 857 0940 fax

**Chantale Fiebig**
+1 202 682 7200
chantale.fiebig@weil.com

BY ECF

June 24, 2021

William T. Walsh, Clerk
U.S. District Court
Martin Luther King, Jr. Building
50 Walnut Street
Newark, NJ 07101

Re:  *Blueprint Capital Advisors, LLC v. State of New Jersey, et al.*, 2:20-cv-07663-KM-ESK

Dear Mr. Walsh:

      Please be advised that I have changed firms, with the result that some of the information set forth in my *Motion for Admission of Counsel Pro Hac Vice* is no longer current. *See* Dkt. No. 14. My new address and contact information is below:

      Chantale Fiebig
      Weil, Gotshal & Manges LLP
      2001 M Street NW, Suite 600
      Washington, DC 20036
      chantale.fiebig@weil.com

Respectfully submitted,

*s/ Chantale Fiebig*

Chantale Fiebig

cc (by ECF):   All Counsel of Record