# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEW JERSEY, *et al.*, <br><br> Defendants. | Civil Action No.: 2:20-cv-07663-KM-ESK <br><br> **Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** |

Notice is hereby given that Defendant Timothy Walsh appeals to the United States Court of Appeals for the Third Circuit from the Opinion (ECF No. 201) and Order (ECF No. 202) of the United States District Court, District of New Jersey, entered in this action on December 23, 2022.

Dated: January 17, 2023

                                                     Respectfully submitted,

                                                     /s/ Diane P. Sullivan
                                                     Diane P. Sullivan
                                                     Chantale Fiebig (admitted *pro hac vice*)
                                                     WEIL, GOTSHAL & MANGES LLP
                                                     17 Hulfish St., Suite 201
                                                     Princeton, NJ 08542
                                                     Telephone: (609) 986-1120
                                                     Facsimile: (609) 986-1199
                                                     Diane.sullivan@weil.com
                                                     Chantale.fiebig@weil.com