UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, *et al.*,<br><br>Defendants. | Case No. 20–cv–07663–JXN–ESK<br><br><br>ORDER |

    **THIS MATTER** having come before the Court for a telephone status conference on January 19, 2023; and the parties having filed a proposed joint discovery plan (ECF No. 207); and for the reasons stated on the record at the conference,

    **IT IS** on this **19th** day of **January 2023**  **ORDERED** that:

    1.   A telephone status conference is scheduled for **May 15, 2023 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least **three business days** before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

    2.   The opportunity to appear and argue before the Court is valuable to becoming a competent and experienced attorney. The Court encourages law firms and litigants to provide this opportunity to less experienced attorneys, especially where these attorneys drafted or significantly contributed to motions and responses.

    3.   Discovery is stayed as to defendant Timothy Walsh.

    4.   The parties shall exchange the information required under Rule. 26(a)(1) by **January 25, 2023**.

    5.   The parties met and conferred for an e-discovery conference pursuant to Local Rule 26.1(d) on January 12, 2023.

6. Fact discovery is to remain open through **October 26, 2023**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery shall be issued or engaged in beyond that date, except for good cause shown.

7. Motions to add new parties, whether by amended or third-party complaint, and motions to amend pleadings must be filed no later than **June 23, 2023**.

8. The parties may serve initial written discovery requests on or before **February 3, 2023**. Interrogatories shall be limited to **25** single questions, inclusive of subparts. However, plaintiff is granted leave to serve **40** single questions, inclusive of subparts, on the State Defendants, represented by Greenbaum Rowe Smith & Davis LLP.

9. The number of depositions to be taken by each side shall not exceed **15**.

10. The parties are directed to Rule 26(f) and Local Rule 26.1, which address preservation of discoverable information, discovery of electronically stored information, claims of privilege or work product protection, and the obligations of counsel concerning their clients' information management systems.

11. The parties are directed to the Court's civil case management order, which can be found [here](), for procedures concerning discovery disputes, motion practice, and requests for extensions and adjournments. All disputes relating to written discovery requests shall be brought before the Court pursuant to the Court's civil case management order by **June 1, 2023**, or shall be deemed waived and will not be considered by the Court.

12. The parties are advised that a party or its attorney's failure to appear at a scheduling conference, failure to prepare substantially to participate in a conference, or failure to obey a scheduling or other pretrial order may result in the issuance of appropriate sanctions. *See* Fed.R.Civ.P. 16(f).

13. Plaintiff's expert reports shall be served by **December 12, 2023**. Defendants' expert reports shall be served by **February 12, 2024**. Depositions of all experts shall be completed by **April 15, 2024**. All expert reports shall comport with the form and content requirements set forth in Rule 26(a)(2)(B). No expert may testify at trial as to any opinions or facts not substantially disclosed in the expert's report.

14. Proposed confidentiality orders, submitted upon the consent of the parties, must comply with Rule 26(c), Local Rule 5.3, and applicable case law.

15. Parties and attorneys are encouraged to advise the Court of their preferred pronouns in the signature lines of pleadings, by advising the courtroom deputy before a hearing, or by orally advising the Court at a hearing.

      */s/ Edward S. Kiel*
      **EDWARD S. KIEL**
      **UNITED STATES MAGISTRATE JUDGE**