# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 2:20-cv-07663-JKS-ESK<br><br>**ORDER**<br><br>**IMPLEMENTING MANDATE** |

In accordance with Local Rule 79.4, the Court hereby enters the following Order implementing the Third Circuit's Mandate dated January 16, 2024 (ECF No. 274).

**IT IS** on this 30th day of January 2024, **ORDERED AND ADJUDGED** that:

1. The Court's Opinion and Order entered on December 23, 2022 (ECF Nos. 201 and 202) is hereby **VACATED** insofar as it relates to Defendant Timothy Walsh's Motion to Compel Arbitration (ECF No. 123);

2. The threshold question of arbitrability shall be decided by an arbitrator in accordance with the Parties' 2017 Transaction Agreement;

3. Plaintiff's claims against Walsh are stayed pending the Parties' resolution of the question of arbitrability; and

4. No costs will be taxed in connection with the appeal.

                                                      */s/ Jamel K. Semper*
                                                      **HON. JAMEL K. SEMPER**
                                                      **United States District Judge**