UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BLUEPRINT CAPITAL ADVISORS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF NEW JERSEY,** *et al.,*<br><br>Defendants. | Case No. 20–cv–07663–JXN–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for an in-person status conference on February 22, 2024; and the parties having filed a joint status letter on February 16, 2024 (ECF No. 282); and for the reasons stated on the record at the conference,

**IT IS** on this   **22nd** day of **February 2024**   **ORDERED** that:

1.  The period for fact discovery is extended through **May 22, 2024**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery shall be issued or engaged in beyond that date, except for good cause shown. All disputes relating to written discovery requests shall be brought before the Court pursuant to the Court's civil case management order by **March 22, 2024**, or shall be deemed waived and will not be considered by the Court.

2.  A status conference is scheduled for **April 25, 2024 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel. The conference will be conducted by Teams video conference. Click here to join the meeting. Alternatively, the Meeting ID is 284 224 787 169 and the passcode is qEpjpE.

                                                                  */s/ Edward S. Kiel*
                                                                  **EDWARD S. KIEL**
                                                                  **UNITED STATES MAGISTRATE JUDGE**