

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

RONALD L. ISRAEL
Member

risrael@csglaw.com

O  973.530.2045        F  973.325.1501

July 2, 2024

The Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom 2C
50 Walnut Street
Newark, NJ 07102

      **Re:**    *Blueprint Capital Advisors v. Murphy, et al.*
              2:20-cv-07663-JXN-MAH

Dear Judge Hammer:

      This firm represents Defendant Samantha Rosenstock in the above-captioned matter. We write concerning the parties' in-Court meet-and-confer, scheduled for July 15, 2024 at 9:30 am. (Dkt. No. 338.) Because Ms. Rosenstock was not mentioned in the parties' Joint Status Report, dated June 14, 2024 (*See* Dkt. No. 337), it is unclear whether counsel needs to attend if the purpose of the July 15 conference is solely to discuss pending discovery issues. Certainly, if the Court intends to conduct a case management conference with all parties at the outset on July 15 (which in our view would be helpful) and attend to pending discovery issues thereafter, we would be present.

      We thank the Court for its attention to and consideration of this matter.

                          Respectfully submitted,

                          */s/ Ronald L. Israel*

                          Ronald L. Israel

cc:    Marissa L. Groenendaal, Esq.
        All Counsel of Record (via ECF)