

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500  F 973.535.9217

**Lauren F. Iannaccone**
Partner
liannaccone@connellfoley.com

May 28, 2025

**VIA ECF**
The Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom 2C
50 Walnut Street
Newark, NJ 07102

    Re:    *Blueprint Capital Advisors, LLC v. State of New Jersey, et al.*
            2:20-cv-07663-JXN-MAH

Dear Judge Hammer:

    This firm represents Jason MacDonald, Christopher McDonough, Corey Amon, Dini Ajmani, Derrick Green, George Helmy, and Matthew Platkin (the "Individual State Defendants") in the above-referenced matter.

    We respectfully request a brief extension of time to respond to Plaintiff's letter memorandum objecting to the Special Master's May 8, 2025 Order and Recommendation (D.E. 421/422/424). The requested extension is necessitated by competing deadlines, including our clients' opposition to Plaintiff's appeal of Your Honor's Order on the Motion to Disqualify, which is due on Monday, and a separate status letter regarding a discovery dispute, which is due tomorrow. If the Court is amenable, the Individual State Defendants respectfully request that the deadline to respond to Plaintiff's objection be extended to Thursday, June 5, 2025. Plaintiff has consented to this request.

    We appreciate the Court's consideration of this matter.

**SO ORDERED**

*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**
Date: 5/28/25

Respectfully submitted,

*/s/ Lauren F. Iannaccone*

Lauren F. Iannaccone

cc:    All Counsel (*via ECF*)