<div style="text-align:center">

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

</div>

DIRECT DIAL
212-735-7852
DIRECT FAX
917-777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

June 20, 2025

**BY ECF FILING**

Honorable Julian X. Neals
United States District Judge
District of New Jersey
Martin Luther King Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    RE:    *Blueprint Capital Advisors, LLC v. Murphy, et al.*, No. 20-cv-07663

Dear Judge Neals:

    I am writing on behalf of Defendants BlackRock, Inc. and BlackRock Alternative Advisors (collectively "BlackRock") regarding the letter filed by Cliffwater LLC, Blue Owl Capital Corporation, and Timothy Walsh ("Moving Defendants") requesting leave to file a motion to dismiss pursuant to Rule 12(b)(1) (the "Motion"). (ECF No. 434.)

    The Moving Defendants' submission raises serious questions regarding Plaintiff Blueprint Capital Advisors, LLC's ("Blueprint") standing to assert many of the claims in this action, including all of the same claims that are being asserted against BlackRock. A finding that Blueprint lacks standing to assert such claims against the Moving Defendants would equally apply to BlackRock. Accordingly, BlackRock reserves all rights to make a submission in support of the Motion and to take appropriate action following resolution of the Motion.

<div style="margin-left:40%">

Respectfully,

*/s/ Scott D. Musoff*

Scott D. Musoff

</div>

cc: Counsel of record (via ECF filing)