**brown**rudnick

LAUREN TABAKSBLAT
LTabaksblat@brownrudnick.com

August 18, 2025

**VIA ECF**
The Honorable Julien Xavier Neals
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: *Blueprint Capital Advisors, LLC v. Murphy, et al.*, No. 2:20-cv-07663-JXN-MAH

Dear Judge Neals:

     We write on behalf of Plaintiff Blueprint Capital Advisors, LLC ("BCA") to request, pursuant to the Court's direction during the July 25, 2025 pre-motion conference, the opportunity to file a short reply of no more than two (2) pages to respond to the new arguments raised by defendants Blue Owl Capital Corporation, Cliffwater LLC, and Timothy Walsh ("Movants") in their August 14, 2025, joint letter. (*See* Dkt. 465.) Movants raised several new arguments in their joint letter, including, among other things, that this dispute is arbitrable. (*Id.* at 5.)

     BCA requests leave to file a two- page response by August 25, 2025.

Respectfully submitted,

*/s/ Lauren Tabaksblat*
Lauren Tabaksblat

*Counsel for Plaintiff Blueprint Capital Advisors, LLC*