UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>Defendants. | Civil Action No. 20-7663 (JXN) (MAH)<br><br>ORDER |

This matter having come before the Court by way of Plaintiff Blueprint Capital Advisors' ("BCA") objection to the Special Discovery Master's ("SDM") recommendation, D.E. 420, regarding three documents submitted for *in camera* review, which Defendants Jason MacDonald, Christopher McDonough, Corey Amon, Dini Ajmani, Derrick Green, George Helmy, and Matthew Platkin (together, "State Defendants") withheld based on executive privilege, Pl.'s Notice of Objs., May 15, 2025, D.E. 422; Br. Objecting to SDM Order, May 22, 2025, D.E. 424;

and the State Defendants having filed an opposition to BCA's objection, State Defs.' Opp'n to Obj., June 13, 2025, D.E. 433;

and the Court having reviewed the parties' filings in support of, and in opposition to, BCA's objection;

and for the reasons set forth in an Opinion filed on this date;

and for good cause shown,

**IT IS** on this 22nd day of September 2025;

**ORDERED** that BCA's objection to the SDM's Order, D.E. 422, is **OVERRULED**; and it is further

**ORDERED** that the Special Discovery Master's Recommendation, D.E. 420, is adopted in full.

<u>*s/Michael A. Hammer*</u>
**United States Magistrate Judge**
