

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500  F 973.535.9217

**Lauren F. Iannaccone**
Partner
liannaccone@connellfoley.com

October 15, 2025

**VIA ECOURTS**
The Honorable Julien Xavier Neals
United States District Court District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
Courtroom: MLK 5D
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Blueprint Capital Advisors, LLC v. State of New Jersey, et al.*
            **2:20-cv-07663-JXN-MAH**

Dear Judge Neals:

This law firm represents Matthew Platkin, George Helmy, Derrick Green, Dini Ajmani, Christopher McDonough, Corey Amon, and Jason MacDonald in the above-referenced matter. We respectfully request a one cycle adjournment of plaintiff's appeal of Judge Hammer's September 22, 2025 Order [D.E. 486] affirming a May 8, 2025 decision by Special Master Judge Peter Bariso. That appeal is currently returnable on November 3, 2025. If this adjournment request is granted, the appeal will be returnable on November 17, 2025 and our clients' opposition would be due November 3, 2025. We have plaintiff's consent in seeking this request.

                                Respectfully submitted,

                                CONNELL FOLEY LLP

                                /s/ *Lauren F. Iannaccone*

                                Lauren F. Iannaccone

**So ORDERED on 10/16/2025:**

*[signature]*

**JULIEN XAVIER NEALS**
**United States District Judge**

17141881-1