# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr>
<td><b>Chambers of</b><br><b>Michael A. Hammer</b><br><b>United States Magistrate Judge</b></td>
<td><b>Martin Luther King Jr, Federal Bldg.</b><br><b>& U.S. Courthouse</b><br><b>50 Walnut Street</b><br><b>Newark, NJ 07102</b><br><b>(973) 776-7858</b></td>
</tr>
</table>

June 1, 2026

**RECUSAL LETTER**

RE:    **Blueprint Capital Advisors, LLC v. Phil Murphy, et al.**
       **Civil Action No. 20-7663 (JXN)**

Dear Counsel:

Please be advised that I am recusing myself from this case. Magistrate Judge José R. Almonte will assume all Magistrate responsibilities for this case.

**SO ORDERED.**

 s/ Michael A. Hammer
**Hon. Michael A. Hammer**
**United States Magistrate Judge**