

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500  F 973.535.9217

**Lauren F. Iannaccone**
Partner
liannaccone@connellfoley.com

June 16, 2026

**VIA ECOURTS**

The Honorable Julien Xavier Neals
United States District Court District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
Courtroom: MLK 5D
50 Walnut Street
Newark, New Jersey 07102

>      *Re:    Blueprint Capital Advisors, LLC v. State of New Jersey, et al.*
>              **2:20-cv-07663-JXN-MAH**

Dear Judge Neals:

This law firm represents Matthew Platkin, George Helmy, Derrick Green, Dini Ajmani, Christopher McDonough, Corey Amon, and Jason MacDonald in the above referenced matter. We respectfully request a one cycle adjournment of plaintiff's notice of appeal of Magistrate Judge Hammer's May 13, 2026 decision and Order. (D.E. 540.) We have been taking depositions in this matter and require extra time to review plaintiff's appeal and prepare a response. We sought plaintiff's consent to this request and it does not consent.

We thank Your Honor for your kind consideration of this request.

Respectfully submitted,

CONNELL FOLEY LLP

/s/ *Lauren F. Iannaccone*

Lauren F. Iannaccone

cc:    All counsel (via eCourts)

18280886-1