# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-7852
DIRECT FAX
917-777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

June 22, 2026

**<u>Via ECF</u>**

Honorable José R. Almonte
United States Magistrate Judge
Martin Luther King Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:    *Blueprint Capital Advisors, LLC v. Murphy, et al.*, No. 20-cv-07663

Dear Magistrate Judge Almonte:

      I submit this letter on behalf of all parties regarding the joint letter that Your Honor ordered the parties submit today regarding the status of discovery.  (ECF No. 546.)  The parties respectfully request that the deadline to submit the joint letter be extended to Wednesday, June 24, 2026.

      The parties have been working diligently to prepare the joint letter, but, due to travel issues, Blueprint was unable to provide the Defendants with an initial draft until Friday, June 19 and circulated a revised draft on Saturday, June 20.  The parties request a short two-day extension to permit each of the Defendants time to review Blueprint's latest draft and incorporate their own positions.  All parties have consented to the requested extension.

      We appreciate the Court's consideration of this request.

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: June 23, 2026

Respectfully,

*/s/ Scott D. Musoff*

Scott D. Musoff

    cc:    All counsel of record (via ECF)