

**BRITHEM** LLP

Lauren Tabaksblat
646-653-9173
ltabaksblat@brithem.com

August 10, 2026

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: August 11, 2026

**VIA ECF**

Magistrate Judge Almonte
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4(d)
Newark, New Jersey 07101

Re:    **Blueprint Capital Advisors, LLC v. State of New Jersey, et al.**
        **No. 2:20-cv-07663-JXN-JRA**

Dear Judge Almonte:

Please accept this joint letter as the status update on BCA's contention interrogatories to the Individual State Defendants as required by Your Honor's July 20, 2026 Order at Document Entry 575 and the extension granted at Document Entry 582. The Individual State Defendants' and BCA's counsel are continuing to confer on this issue.

We request an additional seven days to continue our meet and confer efforts which would make the update due on August 17, 2026. We continue to be hopeful that the benefit of this extra time will either eliminate or substantially narrow this dispute for the Court.

Respectfully submitted,

**BRITHEM LLP**

/s/ Lauren Tabaksblat
Lauren Tabaksblat, Esq. (Bar No. 037322008)
565 Fifth Avenue
New York, NY 10017
Telephone: (646) 653-9378
Ltabaksblat@brithem.com

**CONNELL FOLEY LLP**

/s/ John P. Lacey
John P. Lacey, Esq. (Bar No. 035391984)
56 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-0500
jlacey@connellfoley.com